UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| CLEO WILLIS, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:15CV37 TCM |
| | ) | |
| STL REAL ESTATE, et al., | ) | |
| | ) | |
| Defendants, | ) | |

## MEMORANDUM AND ORDER

Plaintiff moves to bring this action in forma pauperis. Because plaintiff has shown that he cannot afford to pay the filing fee, the Court will grant the motion.

Plaintiff brings this action under the Fair Housing Act. Named as defendants are STL Real Estate, John Morgan, and Ryan Wessel. According to the complaint, plaintiff was a tenant in a house owned by Morgan. Plaintiff alleges that Morgan sold the house to Wessel without providing him adequate notice. Plaintiff also alleges that Morgan gave him false assurances that he would not have to move out of the house until his lease expired. Plaintiff, who is African-American, alleges that Morgan gave adequate notice of the sale to Caucasian women who also lived on the premises. Plaintiff claims that Wessel has been harassing him and is evicting him from the property.

Under 28 U.S.C. § 1915(e), the Court is required to review any complaint filed in forma pauperis and to dismiss it if it frivolous, malicious, or fails to state a claim upon which relief can be granted. In the instant case, the complaint does not contain any allegations that STL Real Estate discriminated against plaintiff or caused him injury. Therefore, the complaint does not state a claim against STL Real Estate and it will be dismissed as to this defendant.

The Fair Housing Act protects buyers and renters from sex and race discrimination. See 42 U.S.C. § 3604. While plaintiff's allegations are not a model of clarity, the Court construes it liberally to be non-frivolous as to defendants Morgan and Wessel.

Plaintiff has not provided the Court with the addresses for either Morgan or Wessel. As a result, the Court cannot serve process on defendants. Plaintiff will be given a reasonable amount of time to provide the defendants' addresses. If plaintiff fails to do so, the Court will dismiss the action as to these defendants without further proceedings.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for leave to proceed in forma pauperis [ECF No. 2] is **GRANTED**.

**IT IS FURTHER ORDERED** that plaintiff shall have until **February 19, 2015** to provide the Court with the addresses for John Morgan and Ryan Wessel.

Dated this 20th day of January, 2015.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE