

RECEIVED
MAY 18 2015
U.S. District Court
Eastern District of MO

# In The United States District Courts
# For The Eastern District Of Missouri
# Eastern Division

Cause No: 4: 15-CV 37 TCM

Cleo Willis, Sr.

Plaintiff,
V.

STL Re Estate
John Morgan
Ryan Wessell

## Motion Summary Judgment

I'm asking the court to please do not dismiss my case as it relates to the request of the defendants motions.

John Morgan, Ryan Wessell, and STL Re Estate knowingly and willingly discriminated against me according to the Civil Rights Act and the Fair Housing Acts.

Morgan's motion s to dismiss my case because of several reasons. These reasons includes: violation under the Fair Housing Act, using a general form, naming the alleged violation and attached a summary of his allegations. Last but not least, failed to state a claim under which relief would be granted.

Speaking in terms of pro se and comprehending Morgan s motion to dismiss, I can only interpret the language to the best of my ability, and not the legal language for as we know I'm not a lawyer.

I can say the violations by John Morgan is that he willingly act in the violations of my civil rights and against the Fair Housing Act by calling the St. Louis Housing Authority and stated that he had sold the building, when he in fact knowingly did not sale the building to STL Re-estate, a white company.

The Housing Authority informed Morgan to summit supportive documents to that statement whereby he sold the building.

Morgan did not do summit requested documents to the St. Louis Housing Authority.

 After STL submitted illegal documents to the Housing Authority. I called the Recorders of Deeds Office as it relates to there process and procedures.

The Recorders of Deeds rescinded there work on the document of StL ReEstate.

Other documents in the Recorders of Deeds Office pertaining to the sale of the building was out of the normal procedures, whereby the corrective documents was in the Recorders of Deeds office and was never recorded until thirty days later. It should have been recorded within twenty four hours pertainning to there procedures, according to staff.

In essence, while going through the eviction process by STL, Re Estate, Mr. Morgan still own the building.

In addition documents from the St. Louis Housing Authority, and there legal department conclusion from there investigation is that Morgan own the building after he told them that he sold the building. ( see document).

Most importantly, Morgan informed two female residence that lived downstairs that he was going to sale the building and never informed me. In violations of my civil rights because of my sex.

I was never informed of the sale by Morgan. I brought it to Morgan s attention after the females told me.

If I was not Black, I believe STL Re Estate would not have violated my civil rights.  In addition, I believe if I was not on Section 8, that I would not have been treated this way. Section 8 in this area is less than one percent because of gentrification.

Under this foundation I'm praying that this honorable court does not throw out this case.

## Certificate of Service

I hereby certify that a copy of the foregoing was mailed

to _Herman Jimerson Joeph Bante_    at _Jimerson Law Firm_
(Opposing Party or Counsel)

_Bante Law Office_

_____
(Address)

on _May 8_____, 20 _15_
(Date)

_____
(Your Signature)