## VERIFICATION

I, Ryan Wessels, being duly sworn and under oath, do hereby acknowledge and affirm that the facts stated in Defendant's Motion for Summary Judgment are accurate, true and complete.

_____
Ryan Wessels

Subscribed and sworn to before me this __1st__ day of February, 2016.

_____
Notary Public

LINDSAY A. WESSELS
Notary Public, Notary Seal
State of Missouri
St. Louis County
Commission # 13558542
My Commission Expires December 17, 2017