## VERIFICATION

I, James Manning, being duly sworn and under oath, do hereby acknowledge and affirm that the facts stated in the Affidavit of James Manning are accurate, true and complete.

_____
James Manning

Subscribed and sworn to before me this ___ day of February, 2016.

LINDSAY A. WESSELS
Notary Public, Notary Seal
State of Missouri
St. Louis County
Commission # 13558542
My Commission Expires December 17, 201?

_____
Notary Public