## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MISSOURI
## EASTERN DIVISION

CLEO WILLIS, SR.,                    )
                                     )
      Plaintiff,              )
v.                                   )      Cause No.: 4:15-CV-37 SNLJ
                                     )
STL REAL ESTATE, et al.,             )
                                     )
      Defendant.              )
                                     )

## DEFENDANT JOHN MORGAN'S EXHIBIT LIST

COMES NOW Defendant John Morgan, by and through his undersigned attorney of record, Herman L. Jimerson, and hereby lists the following exhibits that could be used at trial of the above-styled matter:

| No. | Description |
| --- | --- |
| A | Latest Sign Lease between Cleo Willis and John Morgan Dated 12/13/11 |
| B | Notice of Intent to Move – St. Louis Housing Authority 2/4/15 |
| C | General Warranty Deed – 12/23/2014 |
| D | Letter from STL Real Estate Properties to Vacate – 1/7/2015 |
| E | Petition for Rent and Possession 1/23/2015 STL Real Estate Properties vs. Cleo Willis 1522-AC01075 |
| F | Judgment for Premises of 4153 Flad and Rent STL Real Estate Properties vs. Cleo Willis 1522-AC01075 |
| G | Mandate from Missouri Court of Appeals Dismissing Case: 1522-AC01075 |

Respectfully Submitted,

JIMERSON LAW FIRM, P.C.


/s/ Herman L. Jimerson
Herman L. Jimerson, #10509
225 South Meramec, Ste. 508
Clayton, Missouri 63105
(314) 862-0069 (Phone)
(314) 862-4134 (Facsimile)
herman@jimersonlawfirm.com

Attorney for Defendant

## CERTIFICATE OF MAILING

The undersigned hereby certifies that a true and accurate copy of the foregoing document was sent by way of US Regular Mail, postage pre-paid and electronic filing with the Court's CM-ECF electronic filing system, and thereby via Email this 21st day of June 2016 to:

Mr. Cleo Willis Sr.
P O Box 150333
St. Louis MO 63115

Mr. Ryan S. Shaughnessy
Banjak & Associates LLC
8021 Forsyth Blvd.
Clayton MO 63105

/s/ Herman L. Jimerson

2